# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-695
LT Case No. 2019-306634-CFDB

_____

ROBERT TYRONE HAYES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Philip J. Massa, of Philip J. Massa, P.A., West Palm Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

January 16, 2024

PER CURIAM.

AFFIRMED. *See Bush v. State*, 295 So. 3d 179 (Fla. 2020); *Conde v. State*, 860 So. 2d 930 (Fla. 2003); *Crump v. State*, 622 So. 2d 963 (Fla. 1993); *Chaudoin v. State*, 707 So. 2d 813 (Fla. 5th DCA 1998).

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____